AO 442 (Rev. 10/95) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

FILED

2008 OCT -8 PM 12: 03

ED 08 - 0362M

CLERK, U.S. DISTRICT COURT
EASTERN DIST. OF CALIF.
EASTERN DIVISION

BY: _____

---

**UNITED STATES OF AMERICA**

v.

JAMES ROBERT GLEASON

## WARRANT FOR ARREST

CASE NUMBER: CB-CR-0422 FCD

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment ___ Information ___ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation

charging him or her with (brief description of offenses)

Attempted sexual exploitation of a child; and Use of mail or other means of interstate commerce to persuade minor to engage in sexually explicit conduct

in violation of Title 18, United States Code, Section(s) 2251(a), (e) and 2422(b)

| | |
|---|---|
| KIMBERLY J. MUELLER | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | Sacramento, California |
| | Date and Location |

Bail fixed at $ Open by KIMBERLY J. MUELLER

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

SEALED

FILED

1 | McGREGOR W. SCOTT
  | United States Attorney
2 | CAMIL A. SKIPPER
  | Assistant U.S. Attorney
3 | 501 "I" Street, Suite 10-100
  | Sacramento, California  95814
4 | Telephone: (916) 554-2709

2008 OCT -8  PM 12: 04

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION

BY: _____

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )    Case No. **ED 08 - 0362M**
11 |                                    )
   |                Plaintiff,          )    VIOLATIONS: 18 U.S.C. § 2251
12 |                                    )    (a),(e) - Attempted Sexual
   |           v.                       )    Exploitation of a Child;
13 |                                    )    18 U.S.C. § 2422(b) - Use of
   | JAMES ROBERT GLEASON,              )    Mail or Other Means of Inter-
14 |                                    )    state Commerce to Persuade
   |                Defendant.          )    Minor to Engage in Sexually
15 | _____  )    Explicit Conduct

16

17                      I N D I C T M E N T

18 COUNT ONE:    [18 U.S.C. § 2251(a), (e) - Attempted Sexual
                  Exploitation of a Child]

19      The Grand Jury charges: T H A T

20                      JAMES ROBERT GLEASON,

21 defendant herein, from in or about April 2008 and continuing

22 through in or about August 2008, in the County of Solano, State

23 and Eastern District of California, and elsewhere, with the

24 intent that minors engage in any sexually explicit conduct as

25 defined in Title 18, United States Code, Section 2256(2), did

26 knowingly attempt to employ, use, persuade, induce, and entice a

27 person whom he believed to be a minor to engage in sexually

28 explicit conduct for the purpose of producing any visual

depiction of such conduct, knowing or having reason to know that such visual depiction would be mailed, in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO:     [18 U.S.C. § 2422(b) - Use of Mail or Other Means of Interstate Commerce to Persuade Minor to Engage in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

JAMES ROBERT GLEASON,

defendant herein, from in or about April 2008 and continuing through in or about August 2008, in the County of Solano, State and Eastern District of California, did use the mail and any facility and means of interstate or foreign commerce to knowingly attempt to persuade, induce, and entice an individual who he believed had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, specifically attempted production of depictions of a minor engaged in sexually explicit conduct, a violation of Section 2251(a) of Title 18 of the United States Code, all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2